No. 04–943. KITTERY RETAIL VENTURES, LLC, ET AL. *v.* TOWN OF KITTERY, MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 04–946. KELLER *v.* TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 04–964. MILLS *v.* RHODE ISLAND DEPARTMENT OF HEALTH, BOARD OF MEDICAL LICENSURE AND DISCIPLINE, ET AL. Sup. Ct. R. I. Certiorari denied.

No. 04–998. COVUCCI *v.* SERVICE MERCHANDISE CO., INC. C. A. 6th Cir. Certiorari denied.

No. 04–1008. CHEATHAM *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–1010. HILGERS *v.* NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied.

No. 04–1015. JOHNSON *v.* INDIANA. Ct. App. Ind. Certiorari denied.

No. 04–7174. HOLLAND *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 04–7458. NEWTON *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–7497. NEWTON *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. Ct. Crim. App. Tex. Certiorari denied.

No. 04–7697. GILMORE *v.* UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 04–7880. RUDOLPH *v.* GALETKA, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 04–7887. MCDANIEL *v.* CRIST, ATTORNEY GENERAL OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.